**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 31, 2023

Ms. Karen T. Dunlevey
Jackson Lewis
201 E. Fifth Street
26th Floor
Cincinnati, OH 45202

Mr. Marc D. Mezibov
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202

Mr. Drew C. Piersall
Zashin & Rich
17 S. High Street
Suite 900
Columbus, OH 43215

Ms. Rachel Catherine Rutter
Marek Weisman
55 East Monroe Street
Ste 3800
Chicago, IL 60603

Re: Case No. 23-3475, *Jacquelyn Mares v. Miami Valley Hospital, et al*
Originating Case No. 3:20-cv-00453

Dear Counsel:

This appeal has been docketed as case number **23-3475** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 14, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 23-3475**

JACQUELYN MARES, MD

Plaintiff - Appellant

v.

MIAMI VALLEY HOSPITAL; PREMIER HEALTH PARTNERS; WRIGHT STATE UNIVERSITY, dba Boonshoft School Of Medicine; JEROME L. YAKLIC, MD; G. THEODORE TALBOT, MD; ALBERT F. PAINTER, Psy.D.

Defendants - Appellees